Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JED ALEXANDER,** individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>vs. <br><br>**SRS REAL ESTATE PARTNERS HOLDING, INC.** <br><br>Defendant. | Case No. 2:14-cv-02897-SJO-CW <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Plaintiff's individual claims with prejudice and the putative class claims without prejudice. Each party shall bear their own costs and fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed and without an Order of the Court.

RESPECTFULLY SUBMITTED this 19th day of May, 2014.

By:     s/Todd M. Friedman
         Todd M. Friedman, Esq.
         Law Offices of Todd M. Friedman, P.C.
         Attorney for Plaintiff

Notice of Dismissal  - 1

Filed electronically on this 19th day of May, 2014, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 19th day of May, 2014, via the ECF system to:

Honorable S. James Otero
Judge of the United States District Court
Central District of California

Lisa L Boswell
Wood Smith Henning & Berman LLP
10960 Wilshire Blvd
18th Floor
Los Angeles, CA 90024-3804

By: s/Todd M. Friedman
     Todd M. Friedman

Notice of Dismissal - 2